## Civil Cover Sheet Attachment – Plaintiffs' Attorneys

Sparacino PLLC
1920 L Street, NW, Suite 835
Washington, D.C. 20036
Tel: (202) 629-3530
Attorneys of record: Eli J. Kay-Oliphant, Ryan R. Sparacino

Olson Grimsley Kawanabe Hinchcliff & Murray LLC
700 17th Street, Suite 1600
Denver, CO 80202
Tel: (303) 535-9151
Attorneys of record: Sean C. Grimsley, Eric R. Olson, Jason C. Murray, Abby M. Hinchcliff