**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

---

F.C., A.B., D.D.R., L.V., Ra.G., R.S., J.D.C.,
W.C., G.G., R.C., D.L., E.I., M.G., E.C., Rh.P.,
L.L., J.J.G., R.V., R.L., A.S., E.A., J.V., A.C.,
A.G., A.A., R.A., Ro.L., Ro.P., S.N., B.M., G.T.,
J.B., E.D.C., V.A., Re.D., C.S., Ra.D., and M.R.,

        Plaintiffs,

      v.

JACOBS SOLUTIONS INC., JACOBS
ENGINEERING GROUP INC., CH2M HILL
COMPANIES, LTD., and CH2M HILL
INTERNATIONAL, LTD.

        Defendants.

JURY TRIAL DEMANDED

Case No. 23-cv-02660

---

## ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO PROCEED ANONYMOUSLY

On October 12, 2023, the above-captioned Plaintiffs filed this action alleging various

claims against Defendants, including violations of the Trafficking Victims Protection

Reauthorization Act, 18 U.S.C. §§ 1589, 1590, and 1595.

Upon review of Plaintiffs' motion and reasons therefor, it is hereby ORDERED that:

1.  Plaintiffs' motion for leave to proceed anonymously is GRANTED.

IT IS SO ORDERED.

`

Dated this ___ day of _____, 2023.


BY THE COURT:


_____
United States District Judge