## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

F.C., A.B., D.D.R., L.V., Ra.G., R.S., J.D.C.,
W.C., G.G., R.C., D.L., E.I., M.G., E.C., Rh.P.,
L.L., J.J.G., R.V., R.L., A.S., E.A., J.V., A.C.,
A.G., A.A., R.A., Ro.L., Ro.P., S.N., B.M., G.T.,
J.B., E.D.C., V.A., Re.D., C.S., Ra.D., and M.R.,

        Plaintiffs,

    v.

JACOBS SOLUTIONS INC., JACOBS
ENGINEERING GROUP INC., CH2M HILL
COMPANIES, LTD., and CH2M HILL
INTERNATIONAL, LTD.

        Defendants.

JURY TRIAL DEMANDED

Case No. 23-cv-02660

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear

in this case as counsel for all Plaintiffs:

F.C., A.B., D.D.R., L.V., Ra.G., R.S., J.D.C., W.C., G.G., R.C., D.L., E.I., M.G., E.C., Rh.P.,
L.L., J.J.G., R.V., R.L., A.S., E.A., J.V., A.C., A.G., A.A., R.A., Ro.L., Ro.P., S.N., B.M.,
G.T., J.B., E.D.C., V.A., Re.D., C.S., Ra.D., and M.R.,

      Dated October 12, 2023      */s/ Eric Olson*

                          Eric Olson
                          Olson Grimsley Kawanabe Hinchcliff & Murray LLC
                          700 17th Street, Suite 1600
                          Denver, CO 80202
                          Tel: (303) 535-9151
                          eolson@olsongrimsley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of October, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/        Eric Olson*