**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| F.C., A.B., D.D.R., L.V., Ra.G., R.S., J.D.C., W.C., G.G., R.C., D.L., E.I., M.G., E.C., Rh.P., L.L., J.J.G., R.V., R.L., A.S., E.A., J.V., A.C., A.G., A.A., R.A., Ro.L., Ro.P., S.N., B.M., G.T., J.B., E.D.C., V.A., Re.D., C.S., Ra.D., and M.R., <br><br>Plaintiffs, <br><br>v. <br><br>JACOBS SOLUTIONS INC., JACOBS ENGINEERING GROUP INC., CH2M HILL COMPANIES, LTD., and CH2M HILL INTERNATIONAL, LTD. <br><br>Defendants. | JURY TRIAL DEMANDED <br><br>Case No. 23-cv-02660 |

**ENTRY OF APPEARANCE**

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for all Plaintiffs:

  F.C., A.B., D.D.R., L.V., Ra.G., R.S., J.D.C., W.C., G.G., R.C., D.L., E.I., M.G., E.C., Rh.P., L.L., J.J.G., R.V., R.L., A.S., E.A., J.V., A.C., A.G., A.A., R.A., Ro.L., Ro.P., S.N., B.M., G.T., J.B., E.D.C., V.A., Re.D., C.S., Ra.D., and M.R.,

| | |
|---|---|
| Dated October 12, 2023 | */s/ Abigail Hinchcliff* <br><br>Abigail Hinchcliff <br>Olson Grimsley Kawanabe Hinchcliff & Murray LLC <br>700 17th Street, Suite 1600 <br>Denver, CO 80202 <br>Tel: (303) 535-9151 <br>ahinchcliff@olsongrimsley.com |

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of October, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

<u>s/      Abigail Hinchcliff           </u>