IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02660-NRN

F.C., A.B., D.D.R., L.V., Ra.G., R.S., J.D.C., W.C., G.G., R.C., D.L., E.I., M.G., E.C., Rh.P., L.L., J.J.G., R.V., R.L., A.S., E.A., J.V., A.C., A.G., A.A., R.A., Ro.L., Ro.P., S.N., B.M., G.T., J.B., E.D.C., V.A., Re.D., C.S., Ra.D., and M.R.,

Plaintiffs,

v.

JACOBS SOLUTIONS INC.,
JACOBS ENGINEERING GROUP INC.,
CH2M HILL COMPANIES, LTD.,
CH2M HILL INTERNATIONAL, LTD., and
CH2M HILL INTERNATIONAL B.V.,

Defendants.

**ORDER OF RECUSAL**

**N. REID NEUREITER**
**United States Magistrate Judge**

This matter is before the Court *sua sponte*.

Section 455(a) of Title 28 of the United States Code states that "[a]ny justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." The provision is self-enforcing on the part of the judge. *See United States v. Pearson*, 203 F.3d 1243, 1276 (10th Cir. 2000). A trial judge must recuse himself when there is an appearance of bias, regardless of whether there is actual bias. *Nichols v. Alley*, 71 F.3d 347, 350 (10th Cir. 1995). The test is whether a reasonable person, knowing all the relevant facts, would harbor doubts about the judge's impartiality. *Hinman v. Rogers*, 831 F.2d 937, 939 (10th Cir. 1987).

The Defendants in this case, Jacobs Solutions Inc., Jacobs Engineering Group Inc., CH2M Hill Companies, Ltd., CH2M Hill International, Ltd., and CH2M Hill International B.V., are represented by Habib Nasrullah with the law firm of Wheeler Trigg O'Donnell, LLP ("WTO"). It has been five years since my appointment to the position of United States Magistrate Judge. Prior to my appointment, I practiced for six years with the WTO law firm. Because of the passage of time since my appointment, I do not believe that recusal based on a party's representation by WTO should be automatic. However, while at WTO, I worked very closely with and became good friends with certain individual lawyers. Mr. Nasrullah is one of those lawyers who I consider a friend and I believe that my impartiality might reasonably be questioned if I were to sit on a matter such as this, where Mr. Nasrullah represents a party. If I were to rule in favor of Mr. Nasrullah's clients, objective observers might question whether the decision was fair and unbiased. Neither the Plaintiffs, Plaintiffs' counsel, nor Mr. Nasrullah or his clients, should have to worry about these kinds of issues. There are other judges to take this case, just as there are other cases for me to decide.

Accordingly, it is hereby ORDERED that I recuse myself from this case. It is further ORDERED that the Clerk of the Court shall cause this case to be reassigned to another judge.

Dated at Denver, Colorado this 13th day of November, 2023

                                                                                           _____
                                                                                           N. Reid Neureiter
                                                                                           United States Magistrate Judge