IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 23-cv-02660-MEH | Date: | November 20, 2023 |
| Courtroom Deputy: | Christopher Thompson | FTR: | A 501 |

*Parties:* | *Counsel:*

F.C., et al.,                                                             Eric Olsen
                                                                                   Sean Grimsley
     Plaintiff,                                                          Jason Murray

v.

JACOB SOLUTIONS INC., et al.,                       Habib Nasrullah
                                                                                   Will Taft
     Defendant.                                                      Maura Monaghan
                                                                                   Justin Rassu

**COURTROOM MINUTES/MINUTE ORDER**
**STATUS CONFERENCE**

**Court in session:      10:12 a.m.**

Court calls case.   Appearances of counsel by telephone.

Discussion held regarding the parties' [ECF 17] *Joint Motion for Extension of Time*.   The parties notify the Court they have conferred and agreed to a briefing schedule moving forward regarding the Defendants' response deadline to Plaintiffs' complaint and for Plaintiffs to file an opposition to Defendants' response.   The Court will grant the *motion* and accept the parties proposed deadlines.

Discussion held regarding the Plaintiffs' [ECF 2] *Motion for Leave to Proceed Anonymously*. Defendants do not oppose the Plaintiffs proceeding anonymously but do oppose certain language in the motion.   The Court directs the parties to confer on the *motion* and refile or with the agreed upon language which the Court will grant after filing.

The Court will not set a Scheduling Conference at this time and directs the parties to jointly contact Judge Hegarty's chambers when they are ready to proceed with the setting of the conference, if it is needed.

**ORDERED:**   The parties [ECF 17] *Joint Motion for Extension of Time* is **GRANTED,** and the proposed briefing schedule is accepted and ordered by the Court as follows: Defendants to file their response to Plaintiffs' complaint to **January 19, 2024**, Plaintiffs to (i) file an opposition to Defendants' response or (ii) amend the Complaint

to **March 26, 2024**, and for Defendants to file a reply on their response to Plaintiffs' complaint to **May 7, 2024**.

**Court in recess:**     **10:31 a.m.**     Conference concluded.
Total in-court time:     00:19

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.