IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| F.C., A.B., D.D.R., L.V., Ra.G., R.S., J.D.C., W.C., G.G., R.C., D.L., E.I., M.G., E.C., Rh.P., L.L., J.J.G., R.V., R.L., A.S., E.A., J.V., A.C., A.G., A.A., R.A., Ro.L., Ro.P., S.N., B.M., G.T., J.B., E.D.C., V.A., Re.D., C.S., Ra.D., and M.R., <br><br> Plaintiffs, <br><br> v. <br><br> JACOBS SOLUTIONS INC., JACOBS ENGINEERING GROUP INC., CH2M HILL COMPANIES, LTD., and CH2M HILL INTERNATIONAL, LTD. <br><br> Defendants. | Case No. 1:23-cv-02660 |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO PROCEED ANONYMOUSLY**

This matter comes before the Court on Plaintiffs' Unopposed Motion For Leave To Proceed Anonymously. This Court, having reviewed the motion and being fully apprised of the matters at issue, ORDERS as follows:

1. Plaintiffs' Unopposed Motion For Leave To Proceed Anonymously is GRANTED.

2. Plaintiffs will be referred to by their initials in the caption of any public filings and Plaintiffs' full names will be redacted from any public filings in this case;

3. Plaintiffs' full names will be disclosed to the Court and to Defendants;

1

2

4. Defendants are permitted to disclose Plaintiffs' names for the purpose of making enquiries of third parties, including the government contracting entity, contractor, and subcontractor responsible for each stadium where Plaintiffs allegedly worked as stated in the Complaint; and

5. Defendants will not make enquiries of entities in the Philippines without first participating in a meet-and-confer with Plaintiffs' counsel about the parameters of such contact. If the Parties cannot agree on the nature and scope of any such contact, Defendants will not make the proposed enquiries until Plaintiffs have had the opportunity to file, and the Court has resolved, any objections.

Entered November 22, 2023, at Denver, Colorado.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge