IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 23-cv-02660-MEH | Date: | March 18, 2024 |
| Courtroom Deputy: | Christopher Thompson | FTR: | Courtroom A 501* |

*Parties:*                                                                 *Counsel:*

C.C, et al.,                                                                Jason Murray
                                                                            Erik Olsen
    Plaintiffs,                                         Eli Kay-Oliphant

v.

JACOBS SOLUTIONS INC., et al.,                                              William Taft (by phone)
                                                                            Danielle Trujillo (by phone)
    Defendants.

**COURTROOM MINUTES/MINUTE ORDER**
**SCHEDULING CONFERENCE**

**Court in session:**     10:50 a.m.

Court calls case.   Appearances of counsel.

Discussion held regarding the Plaintiffs' [ECF 46-1] *Amended Complaint*.   The Court directs the Clerk to separately file the *Amended Complaint* as it's own entry in the case on behalf of the Plaintiffs.   Pursuant to the filing of the amended complaint, the Court denies as moot Defendants' [ECF 39] *Motion to Dimiss* and the Parties stipulate to a new briefing schedule on the record.

Discussion held regarding the Parties' [ECF 49] *Proposed Scheduling Order* with the Court's changes made on the record.   The Court will not enter a dispositive motion deadline or expert disclosure deadlines and will not set a Final Pretrial Conference at this time.

**ORDERED:**   Defendants' [ECF 39] *Motion to Dimiss* is **DENIED AS MOOT**,

        Defendants' renewed *Motion to Dimiss* is due **April 22, 2024**.   Plaintiffs' response to Defendants' *motion* is due **May 28, 2024** and Defendants' reply is due **July 1, 2024.**

**Court in recess:**     11:03 a.m.     (Conference concluded)
**Total time in Court: 00:13**

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.