# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

F.C., A.B., D.D.R., L.V., Ra.G.,
R.S., J.D.C., W.C., G.G., R.C., D.L.,
E.I., E.C., Rh.P., L.L., J.J.G., R.V.,
R.L., A.S., E.A., J.V., A.C., A.G.,
A.A., R.A., Ro.L., Ro.P., S.N.,
B.M., G.T., J.B., E.D.C., V.A.,
Re.D., C.S., Ra.D., M.R., L.P., I.E.,
M.A., Ro.D., Ri.D., Rod.O.,
M.D.L., Ri.O., En.C., Ron.O., G.S.,
B.D., C.C., N.C., M.B., and Ad.C.,

        Plaintiffs,

        v.

JACOBS ENGINEERING GROUP
INC., CH2M HILL COMPANIES,
LTD., and CH2M HILL
INTERNATIONAL, LTD.,

        Defendants.

Civil Action No. 1:23-cv-02660-RMR-CYC

---

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

---

Pursuant to Fed. R. Civ. P. 41(a), the parties file this Joint Stipulation of Dismissal with Prejudice to dismiss the claims of Plaintiffs C.S., F.C., J.V., and Ra.G., from this matter with prejudice. Attached as Exhibits A through H are Stipulated Dismissals of Claims executed by Plaintiffs C.S., F.C., J.V., and Ra.G., and by Defendants.

Dated: April 10, 2026

| | |
|---|---|
| /s/ *Jason Murray* | /s/ *Justin R. Rassi* |
| Sean Grimsley, Bar No. 36422 | William H. Taft V |
| Eric Olson, Bar No. 36414 | Mark William Friedman |
| Jason Murray, Bar No. 43652 | Maura Kathleen Monaghan |
| Abigail Hinchcliff, Bar No. 47942 | Natascha Born |
| Isabel Broer, Bar No. 49997 | Justin R. Rassi |
| Samara Hoose, Bar No. 57375 | Ardis Strong |
| Meredith Wheeler, Bar No. 56352 | Alessandra G. Masciandaro |
| Noah C. Nix, Bar No. 59575 | DEBEVOISE & PLIMPTON LLP |
| Bianca E. Miyata, Bar No. 42012 | 66 Hudson Boulevard |
| OLSON GRIMSLEY KAWANABE | New York, NY 10001 |
| HINCHCLIFF & MURRAY LLC | Telephone: (212) 909-6000 |
| 700 17th Street, Suite 1600 | whtaft@debevoise.com |
| Denver, CO 80202 | mwfriedman@debevoise.com |
| Telephone: (303) 535-9151 | mkmonaghan@debevoise.com |
| eolson@olsongrimsley.com | nborn@debevoise.com |
| sgrimsley@olsongrimsley.com | jrassi@debevoise.com |
| jmurray@olsongrimsley.com | astrong@debevoise.com |
| ahinchcliff@olsongrimsley.com | amasciandaro@debevoise.com |
| ibroer@olsongrimsley.com | |
| shoose@olsongrimsley.com | Habib Nasrullah |
| mwheeler@olsongrimsley.com | Frederick Richard Yarger |
| nnix@olsongrimsley.com | Danielle Lynne Trujillo |
| bmiyata@olsongrimsley.com | Danyaal Waheed |
| | WHEELER TRIGG O'DONNELL LLP |
| Eli J. Kay Oliphant | 370 17th Street, #4500 |
| Ryan R. Sparacino | Denver, CO 80202 |
| Anthony Asuncion | Telephone: (303) 244-1960 |
| SPARACINO PLLC | nasrullah@wtotrial.com |
| 1920 L Street NW, Suite 835 | yarger@wtotrial.com |
| Washington, D.C. 20036 | trujillo@wtotrial.com |
| Telephone: (202) 629-3530 | waheed@wtotrial.com |
| eli.kay-oliphant@sparacinopllc.com | |
| ryan.sparacino@sparacinopllc.com | |
| anthony.asuncion@sparacinopllc.com | *Attorneys for Defendants* |
| | |
| *Attorneys for Plaintiffs* | |