IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Regina M. Rodriguez**

Civil Action No.1:23-cv-02660-RMR-CYC

F.C., A.B., D.D.R., L.V., Ra.G., R.S., J.D.C., W.C., G.G., R.C., D.L., E.I., E.C., Rh.P., L.L., J.J.G., R.V., R.L., A.S., E.A., J.V., A.C., A.G., A.A., R.A., Ro.L., Ro.P., S.N., B.M., G.T., J.B., E.D.C., V.A., Re.D., C.S., Ra.D., M.R., L.P., I.E., M.A., Ro.D., Ri.D., Rod.O., M.D.L., Ri.O., En.C., Ron.O., G.S., B.D., C.C., N.C., M.B., and Ad.C.,

     Plaintiffs,

v.

JACOBS ENGINEERING GROUP INC., CH2M HILL COMPANIES, LTD., and CH2M HILL INTERNATIONAL, LTD.,

     Defendants.

---

## ORDER FOR DISMISSAL

---

THIS MATTER having come before the Court on the parties' JOINT STIPULATION OF DISMISSAL WITH PREJUDICE (ECF No. 138), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and the Court being fully advised in the premises, it is hereby

ORDERED that the claims of Plaintiffs C.S., F.C., J.V., and Ra.G. are dismissed from this matter, with each party to bear their own attorneys' fees and costs.

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Plaintiffs C.S., F.C., J.V., and Ra.G. as Plaintiffs in this case.

ENTERED: April 13, 2026.

BY THE COURT:

_____
REGINA M. RODRIGUEZ
United States District Judge