**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Regina M. Rodriguez**

Case No. 1:23-cv-02660-RMR-CYC

A.B. et al.,

Plaintiffs,

v.

JACOBS ENGINEERING GROUP, INC., et al.,

Defendants.

---

**ORDER**

---

This matter comes before the Court on Defendants' Motion for Issuance of a Letter Rogatory ("Motion") to the Hashemite Kingdom of Jordan, which was filed September 22, 2026. ECF No. 183. Plaintiff has not objected or otherwise opposed the Defendants' request. The Court has reviewed the Motion and its appendix and finds that Mr. Abdullah Ibhais is a witness material and necessary to the issues of this action, and thus the Court GRANTS the Motion.

Relatedly, Defendants have also filed an unopposed motion requesting that the Motion be sealed under a Level 1 Restriction, making it viewable to only the parties and the Court. ECF No. 190. The Court, being satisfied that Defendants have satisfied the requirements of D.C.Colo.LCivR 7.2(c), GRANTS Defendants' request.

Accordingly, it is hereby **ORDERED** that:

1. Defendants' Motion for Issuance of a Letter Rogatory to the Hashemite Kingdom of Jordan, ECF No. 183, is **GRANTED**;

2. The following Letter Rogatory is **APPROVED**. The Clerk of Court is directed to affix the Court's seal to the Letter Rogatory and provide the original executed and sealed Letter Rogatory to counsel for Defendants' for transmission through the appropriate diplomatic or authorized channel.

3. The Clerk of the Court shall maintain a Level 1 Restriction on Defendants' Motion for Issuance of a Letter Rogatory to the Hashemite Kingdom of Jordan, ECF No. 183, its appendix, ECF No. 183-1, and this Order.

DATED: October 30, 2026

BY THE COURT:

REGINA M. RODRIGUEZ
United States District Judge